UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYSON N. WATSON,

    Plaintiff,

v.                                NO. 3:24-cv-1148-MMH-LLL

COURTNEY KNIGHT, et al.,

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 15), this case is **DISMISSED with prejudice**. The parties shall bear their own fees and costs. The **Clerk** shall enter judgment dismissing this case with prejudice. The file shall remain closed.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of July, 2025.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

caw 7/14
c:
Tyson N. Watson, #195947
Counsel of Record